DICK, ADMX., APPELLANT, *v.* ALLSTATE INSURANCE COMPANY ET AL., APPELLEES.

[Cite as Dick *v.* Allstate Ins. Co. (1988), 40 Ohio St. 3d 80.]

(No. 88-1613—Submitted October 25, 1988—Decided December 14, 1988.)

*Joseph W. Shea III,* for appellant.
*Dooley & Heath Co., L.P.A.,* and *James V. Heath,* for appellees.

The motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *Wood* v. *Shepard* (1988), 38 Ohio St. 3d 86, 526 N.E. 2d 1089. The cause is remanded to the trial court for further proceedings not inconsistent with *Wood.*

(For earlier case, see [1986], 34 Ohio App. 3d 28, 516 N.E. 2d 1266.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.